# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

138980

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JIMMY LEE GRAY, JR.,
      Plaintiff-Appellant,

and

JIMMYLEE GRAY, SR.,
      Plaintiff,

v

DETROIT MUNICIPAL PARKING
DEPARTMENT and ADMINISTRATIVE
HEARING OFFICERS,
      Defendants-Appellees.

SC: 138980
COA: 274356
Wayne CC: 06-608032-AW

_____/

On order of the Court, the application for leave to appeal the February 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

s1019